# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CHARLES ASHFORD,**                                                                                           **PLAINTIFF**
**ADC # 133975**

**VS.**                                         **4:24-CV-00781-BRW-JTK**

**ADVANCE RECOVERY CONSULTANT**                                                          **DEFENDANT**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 2) submitted by United States Magistrate Judge Jerome T. Kearney.   No objections have been filed.   After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice.

If Plaintiff wishes to continue this case, he is required to submit the statutory filing and administrative fee of $402.00 to the Clerk, noting the above case style and number, within fifteen (15) days of the date of this Order, together with a motion to reopen the case.   Upon receipt of the motion and full payment, the case will be reopened.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

The motion for leave to amend (Doc. No. 3) is DENIED.

IT IS SO ORDERED this 8th day of October, 2024.

_Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE
